RECEIVED
JUN - 1 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DEKARIUS GERMANE EDWARDS**         DOCKET NO. 15-CV-820; SEC. P

**VERSUS**                           JUDGE DRELL

**WARDEN**                           MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be dismissed without prejudice for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 1st day of June, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT